AARON D. FORD
Attorney General
LANCE C. WHITE, Bar No. 10274
Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1159
E-mail: lwhite@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTOPHER ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN OF NNCC, et al.<br><br>Defendants. | Case No. 3:21-cv-00303-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Kristopher Robinson and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lance C. White, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 23rd day of May 2022.                  DATED this ___ day of May 2022

                                                  AARON D. FORD
                                                  Attorney General

_____                        By: _____
**KRISTOPHER ROBINSON**                           LANCE C. WHITE, Bar No. 10274
*Plaintiff*                                       Senior Deputy Attorney General
                                                  *Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 1, 2022

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 18th day of July, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Kristopher Robinson, #1194946
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Nevada Attorney General